| | |
|---|---|
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevailer@gibbonslaw.com<br><br>Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com<br><br>*Attorneys for Plaintiff*<br>*American Regent, Inc.* | OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Uma Everett (*pro hac vice* to be filed)<br>Adam LaRock (*pro hac vice* to be filed)<br>Alex Alfano (*pro hac vice* to be filed)<br>Ryan Conkin (*pro hac vice* to be filed)<br>Sterne, Kessler, Goldstein & Fox<br>P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>GLAND PHARMA LIMITED<br><br>　　　　*Defendant*. | C.A. No. 2:24-cv-11116 (BRM)(CLW)<br><br>**ACKNOWLEDGEMENT OF SERVICE** |

To:  R. Touhey Myer
　　　Kratz & Barry LLP
　　　800 N. West Street
　　　Wilmington, Delaware 19801

Defendant Gland Pharma Limited by and through its authorized undersigned counsel, hereby acknowledges service of the Complaint (ECF No. 1) filed in the above-captioned action by Plaintiff American Regent, Inc.

s/ R. Touhey Myer_____
R. Touhey Myer
Attorney for Defendant

Dated: December 17, 2024

        Respectfully submitted,

        s/ Charles H. Chevalier
        Charles H. Chevalier
        GIBBONS P.C.
        One Gateway Center
        Newark, New Jersey 07102-5310
        (973) 596-4611
        cchevailer@gibbonslaw.com

        Christine A. Gaddis
        GIBBONS P.C.
        141 West Front Street, Suite 240
        Red Bank, New Jersey 07701
        (732) 704-5801
        cgaddis@gibbonslaw.com

        *Of Counsel:*

        Dennies Varughese, Pharm. D.
        Uma Everett (*pro hac vice* to be filed)
        Adam LaRock (*pro hac vice* to be filed)
        Alex Alfano (*pro hac vice* to be filed)
        Ryan Conkin (*pro hac vice* to be filed)
        Sterne, Kessler, Goldstein & Fox P.L.L.C.
        1101 K Street, NW, 10th Floor
        Washington, DC 20005
        (202) 371-2600
        dvarughese@sternekessler.com
        ueverett@sternekessler.com

alarock@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff American Regent, Inc.*

3