**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-cv-7791 (BRM) (CLW) (consolidated) |
| AMERICAN REGENT, INC., *Plaintiff*, v. ACCORD HEALTHCARE, INC., *Defendant*. | C.A. No. 2:24-cv-11108 (BRM) (CLW) |
| AMERICAN REGENT, INC., *Plaintiff*, v. ASPIRO PHARMA LTD., *Defendant*. | C.A. No. 2:24-cv-11109 (BRM) (CLW) |
| AMERICAN REGENT, INC., *Plaintiff*, v. CIPLA USA, INC. and CIPLA LIMITED, *Defendants*. | C.A. No. 2:24-cv-11112 (BRM) (CLW) |
| AMERICAN REGENT, INC., *Plaintiff*, v. | C.A. No. 2:24-cv-11114 (BRM) (CLW) |

| | |
|---|---|
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>    *Defendants.* | |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff,*<br>v.<br><br>GLAND PHARMA LTD.,<br><br>    *Defendant.* | C.A. No. 2:24-cv-11116 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff,*<br>v.<br><br>HIKMA PHARMACEUTICALS USA INC.,<br><br>    *Defendant.* | C.A. No. 2:24-cv-11118 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff,*<br>v.<br><br>RK PHARMA, INC.,<br><br>    *Defendant.* | C.A. No. 2:24-cv-11122 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff,*<br>v.<br><br>SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC and ODIN PHARMACEUTICALS, LLC, | C.A. No. 2:24-cv-11124 (BRM) (CLW) |

| | |
|---|---|
| *Defendants.* | |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC and ODIN PHARMACEUTICALS, LLC,<br><br>    *Defendants.* | C.A. No. 2:24-cv-11138 (BRM)(CLW) |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>    *Defendants.* | C.A. No. 2:24-cv-11126 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>XIROMED, LLC and XIROMED PHARMA ESPAÑA, S.L.,<br><br>    *Defendants.* | C.A. No. 2:24-cv-11130 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., | C.A. No. 2:24-cv-11133 (BRM) (CLW) |

3

|  |
|---|
| *Defendant.* |

## STIPULATION AND ORDER OF CONSOLIDATION

**WHEREAS,** the matter captioned In re Selenious Acid Litigation, Civil Action No. 2:24-cv-7791(BRM)(CLW) (Consolidated) is currently pending; and

**WHEREAS**, on December 13, 2024, Plaintiff American Regent, Inc. ("ARI") initiated Civil Action No. 2:24-cv-11108 (BRM) (CLW) ("24-11108") against Defendant Accord Healthcare, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11109 (BRM) (CLW) ("24-11109") against Defendant Aspiro Pharma Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11112 (BRM) (CLW) ("24-11112") against Defendants Cipla USA, Inc. and Cipla Limited; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11114 (BRM) (CLW) ("24-11114") against Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11116 (BRM) (CLW) ("24-11116") against Defendant Gland Pharma Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11118 (BRM) (CLW) ("24-11118") against Defendant Hikma Pharmaceuticals USA Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11122 (BRM) (CLW) ("24-11122") against Defendant RK Pharma, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11124 (BRM) (CLW) ("24-11124") against Defendants Somerset Therapeutics, LLC, Somerset Pharma,

LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11138 (BRM) (CLW) ("24-11138") against Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11126 (BRM) (CLW) ("24-11126") against Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11130 (BRM) (CLW) ("24-11130") against Defendants Xiromed, LLC and Xiromed Pharma España, S.L.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11133 (BRM) (CLW) ("24-11133") against Defendant Zydus Pharmaceuticals (USA) Inc.; and

**WHEREAS**, good cause exists to consolidate these actions; and

**WHEREFORE**, all parties, through their attorneys, respectfully request that this Court consolidate Civil Action Nos. 24-7791, 24-11108, 24-11109, 24-11112, 24-11114, 24-11116, 24-11118, 24-11122, 24-11124, 24-11138, 24-11126, 24-11130, and 24-11133 and that all papers be filed and maintained in Civil Action No. 24-7791.

**WHEREFORE**, all filings in the Consolidated Action shall continue use the following caption going forward:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | x<br>:<br>: Honorable Brian R. Martinotti, U.S.D.J.<br>:<br>: Civil Action No. 24 CV 7791 (BRM) (CLW)<br>: consolidated<br>:<br>:<br>:<br>:<br>x |

Dated: January 2, 2025                                **SO STIPULATED:**

  s/ Charles H. Chevalier                              s/ Kristen Healey Cramer
Charles H. Chevalier                                 Kristen Healey Cramer (No. 044752003)
GIBBONS P.C.                                         Noelle B. Torrice (No. 079132013)
One Gateway Center                                   **BENESCH FRIEDLANDER**
Newark, New Jersey 07102-5310                        **COPLAN & ARONOFF LLP**
(973) 596-4611                                       1313 North Market Street, Suite 1201
cchevailer@gibbonslaw.com                            Wilmington, Delaware 19801
                                                     Telephone: 302.442.7010
Christine A. Gaddis                                  Facsimile: 302.442.7012
GIBBONS P.C.                                         Email: kcramer@beneschlaw.com
141 West Front Street, Suite 240                     Email: ntorrice@beneschlaw.com
Red Bank, New Jersey 07701
(732) 704-5801                                       OF COUNSEL
cgaddis@gibbonslaw.com

                                                     Michael S. Weinstein
                                                     127 Public Square, Suite 4900
OF COUNSEL                                           Cleveland, Ohio 44114
                                                     Telephone: (216) 363-6228
Dennies Varughese, Pharm. D.                         Email: mweinstein@beneschlaw.com
Uma N. Everett
Adam C. LaRock                                       Manish K. Mehta
Christina E. Dashe                                   Samuel J. Ruggio
Alexander Alfano                                     71 South Wacker, Suite 1600
Ryan E. Conkin                                       Chicago, Illinois 60606
Sterne, Kessler, Goldstein & Fox P.L.L.C.            Telephone: 312.624.6379
1101 K Street NW, 10th Floor                         Email: mmehta@beneschlaw.com
Washington, DC 20005                                 Email: sruggio@beneschlaw.com

6

(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

 s/ Kaan Ekiner
Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
 Suite 1001
Wilmington, Delaware 19801
(302) 295-2013
kekiner@cozen.com

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400
kschaubert@cozen.com

*Attorneys for Defendant Aspiro Pharma Ltd..*

s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601

*Attorneys for Defendant Accord Healthcare, Inc.*

s/ Rebekah Conroy
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel: (973) 400-4181
rconroy@stoneconroy.com

*Of Counsel*
Steven M. Coyle
Nicholas A. Geiger
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Tel: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Defendants Cipla USA, Inc. and Cipla Limited*

  s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

C. Kyle Musgrove

Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com

Autumn N. Nero
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
anero@perkinscoie.com

Shannon M. Bloodworth
Maria A. Stubbings
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-6200
Telephone: (202) 654-6200
sbloodworth@perkinscoie.com
mstubbings@perkinscoie.com

Rodney Swartz
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

Cindy Chang
**GEMINI LAW LLP**
40 W 24th Street, Suite 6N
New York, New York 10010
(917) 915-8832
kmusgrove@geminilaw.com
cchang@geminilaw.com

*Attorneys for Defendant Hikma Pharmaceuticals USA, Inc.*

s/ R. Touhey Myer
R. Touhey Myer
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*
Timothy H. Kratz
George J. Barry III
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
(404) 431-6600
tkratz@kratzandbarry.com

s/ William P. Murtha
Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

*Of Counsel:*
Yixin Tang, Ph.D.
Brent Batzer
**UPADHYE TANG, LLP**
109 Symonds Drive, #174
Hinsdale, Illinois 60522

gbarry@kratzandbarry.com

Michael P. Hogan
**KRATZ & BARRY LLP**
325 Chestnut Street, Suite 883, #259
Philadelphia, Pennsylvania 19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant Gland Pharma Ltd*


s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com

Samual T. Lockner
Jennell C. Bilek
Seung Sub Kim
**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA**
Capalla Tower, Suite 4200
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
ekim@carlsoncaspers.com

*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

s/ Zhibin Li
Zhibin Li
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019-6102

*Attorneys for Defendant RK Pharma, Inc.*

s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

*Of Counsel:*
Kurt Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel. (312) 558-5600
kmathas@winston.com
kboyle@winston.com

Claire Fundakowski
Lauren Rennecker
WINSTON & STRAWN LLP
1901 K Street, N.W.
Washington, DC 20036
Tel. (202) 282-5000
cfundakowski@winston.com
lrennecker@winston.com

*Attorneys for Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

s/ John C. Leddy
John C. Leddy
NUTTER, McCLENNEN & FISH LLP
655 Third Avenue
New York, New York 10017
Tel. (646) 440-8000

(212) 440-4400
Zhibin.li@bipc.com

Michael J. Gaertner
David B. Abramowitz
Leah M. Brackensick
Hannah J. Thomas
**BUCHANAN INGERSOLL & ROONEY PC**
125 South Wacker Drive
Chicago, Illinois 60606
(312) 261-8777
michael.gaertner@bipc.com
david.abramowitz@bipc.com
leah.brackensick@bipc.com
hannah.thomas@bipc.com

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

jleddy@nutter.com

Jonathan A. Harris
Micah W. Miller
155 Seaport Blvd.
Boston, Massachusetts 02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

*Attorneys for Defendants Xiromed LLC and Xiromed Pharma España, S.L.*

**SO ORDERED:**

This 3rd day of January, 2025

 s/Cathy L. Waldor
**THE HONORABLE CATHY L. WALDOR**
**UNITED STATES MAGISTRATE JUDGE**